IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-23-5003-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: E1089051 |
| vs. | Location Code: M12 |
| DAVID G. BLEVINS, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 9, 2023 is **VACATED**.

DATED this  8th   day of February, 2023.

_____
John T. Johnston
United States Magistrate Judge